# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1259

_____

RAYNARD WILDER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

September 13, 2019

PER CURIAM.

   AFFIRMED.

ROBERTS, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Raynard Wilder, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.